# Exhibit 2

**Britney Long**

| | |
|---|---|
| **From:** | MBX OMB FOIA <MBX.OMB.FOIA@OMB.eop.gov> |
| **Sent:** | Tuesday, April 23, 2024 3:09 PM |
| **To:** | S&G Information Request Staff |
| **Subject:** | OMB FOIA 2023-080   RE: Request for Status Update - IR#0954C |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello and Good Afternoon:

This email acknowledges receipt of your Freedom of Information Act (FOIA) request to the Office of Management and Budget (OMB) submitted and received in this office on November 10, 2022.  Your request has been logged in and is being processed.  For your reference, the OMB FOIA number is 2023-080 and our apologies for the delayed acknowledgment.

Sincerely,
OMB's FOIA Team

---

**From:** S&G Information Request Staff <foia@sirillp.com>
**Sent:** Tuesday, April 23, 2024 3:25 PM
**To:** S&G Information Request Staff <foia@sirillp.com>; MBX OMB FOIA <MBX.OMB.FOIA@OMB.eop.gov>
**Subject:** [EXTERNAL] RE: Request for Status Update - IR#0954C

Dear Sir/Madam,

To date our client's request has not been acknowledged. To avoid unnecessary litigation please confirm receipt and provide an estimated date of completion.

Annalise Beube, Law Clerk

## Siri | Glimstad

20200 West Dixie Highway, Suite 902
Aventura, FL 33180
Main: 786-949-4057
Facsimile: 646-417-5967

>www.sirillp.com<

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

---

**From:** S&G Information Request Staff <foia@sirillp.com>
**Sent:** Tuesday, April 2, 2024 12:05 PM
**To:** OMBFOIA@omb.eop.gov
**Subject:** Request for Status Update - IR#0954C
**Importance:** High

Dear Sir/Madam,

1

We submitted the attached request on November 10, 2022, via foia.gov. To date I do not have a record of correspondence from your office regarding this request. Please provide a status update immediately.

Thank you,

Annalise Beube, Law Clerk

# Siri | Glimstad

20200 West Dixie Highway, Suite 902
Aventura, FL 33180
Main: 786-949-4057
Facsimile: 646-417-5967

>www.sirillp.com<

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.